# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0835.  MICHAEL J. HAUF v. NATALYA HAUF.**

Michael J. Hauf filed this direct appeal from the trial court's "Stalking Twelve Month Protective Order" prohibiting him from contacting his ex-wife. However, appeals of orders in domestic relations cases – including actions arising under the Family Violence Act – must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2), (b); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Michael Hauf's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/06/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*